UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NANCY K. MRLA,

    Plaintiff,

v.

CIVIL ACTION NO.15-13370-MAG-APP
HONORABLE ANTHONY P. PATTI

FEDERAL NATIONAL MORTGAGE
ASSOCIATION, and SETERUS.,

    Defendants.
_____/

**ORDER TO APPEAR FOR SETTLEMENT CONFERENCE**

    Due to Plaintiff's Counsel's inability to reach his client and secure her attendance at the previously scheduled September 30, 2016 settlement conference, the settlement conference is adjourned to **Tuesday, October 25, 2016 at 1pm**. On that date, the respective parties' counsel shall appear in person, Plaintiff shall appear in person, and Defendants' corporate representative with full settlement authority shall appear by phone, per the Court's previous post-telephone conference minute entry of September 27, 2016. **Plaintiff's failure to attend the October 25, 2016 settlement conference will result in a recommendation of dismissal and/or sanctions in the absence of a showing of good cause**.

    SO ORDERED.

Dated: September 30, 2016    s/Anthony P. Patti
    ANTHONY P. PATTI
    UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, September 30, 2016, by electronic and/or ordinary mail.

    s/Michael Williams
    Case Manager to the
    Honorable Anthony P. Patti